# EXHIBIT "B"



www.zillow.com/homes/1169-Ridgeway-Dr

## Zillow

3 bd | 1 ba | 1,200 sqft
1169 Ridgeway Dr, Oak Harbor, WA 98277

- Off market  Zestimate®: $309,360   Rent Zestimate®: $1,650/mo
Est. refi payment $1,313/mo  Refinance your loan

Home value · Owner tools · Home details · Neighborhood details · Simila

### Home value

Have your Zestimate delivered to you
Do you own this home? Track its value and automatically receive local market insights sent directly to your email

Get homeowner details

Zestimate
$309,360