# EXHIBIT "C"

Chapter 7 Trustee
Christopher P. Burke
Nevada Bar No.: 004093
*trusteecburke@charter.net*
702 Plumas St.
Reno, Nevada  89509
(775)333-9345

Electronically Filed: 12/23/20

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| In re: | Case No.: BK-20-50069-BTB<br>Chapter 7 |
| JASON ANDREW LARSEN<br>CAMI CHERRI LARSEN | DECLARATION OF KIMBERLY WILSON - RE: SECOND OBJECTION TO CLAIM OF EXEMPTION |
| Debtors. | Hearing Date: 1/20/2021<br>Hearing Time: 2:00 p.m. |

I, Kimberly Wilson ("Wilson")  declare under penalty of perjury that the foregoing is true and correct:

1. That I am and employee of the Chapter 7 trustee, Christopher P. Burke, appointed in this bankruptcy case, filed by Jason Andrew Larsen and Cami Cherri Larsen ("Larsen" or "Debtors").

2. That on December 21, 2020, I pulled up on Zillow.com property located at 1169 Ridgeway Drive, Oak Harbor, Washington ("Washington Property").

3. That the Larsens' Washington property has a value of approximately $309,360 per Zillow.

1

4. That with the Larsens owing $106,607, there is $202,753 equity in their Washington Property.

Further your affiant sayeth naught.

Dated this 23rd day of December 2020.

/s/ Kimberly Wilson
Employee of Christopher P. Burke
Chapter 7 Trustee

2