Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 10, 2021

Chapter 7 Trustee
Christopher P. Burke
Nevada Bar No.: 004093
*trusteecburke@charter.net*
702 Plumas St.
Reno, Nevada 89509
(775)333-9345

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| In re: | Case No.: BK-20-50069-BTB<br>Chapter 7 |
| JASON ANDREW LARSEN<br>CAMI CHERRIE LARSEN | Original Hearing Date: 1/20/21<br>Original Hearing Time: 2:00 p.m. |
| | Con't Hearing Date: 2/17/21<br>Con't Hearing Time: 10:00 a.m. |
| | Con't Hearing Date: 3/17/21<br>Con't Hearing Time: 10:00 a.m. |
| Debtors. | Con't Hearing Date: 4/28/2021<br>Con't Hearing Time: 10:00 a.m. |

## ORDER GRANTING TRUSTEE'S SECOND OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

THIS MATTER having come before the Court on Chapter 7 Trustee, Christopher Burke's Second Objection to Debtors' Claim of Exemptions (Doc. 56) and there being an Opposition filed by David K. Neidert, Esq., counsel for the Debtors, Jason and Cami Larson, ("Debtors" or "Larson"), and with Mr. Neidert appearing for the Debtors, and Christopher P. Burke, Chapter 7 Trustee, appearing for the Larsen's Bankruptcy Estate ("Bankruptcy Estate"), and no other response or appearance made, and the Court having heard oral argument and having read the pleadings and good cause appearing therefore;

IT IS THEREFORE THE ORDER OF THE COURT that the Trustee's Second Objection to Debtors' Claim of Exemptions is hereby GRANTED;

IT IS FURTHER ORDERED that the 1169 Ridgeway Drive real property is property of the Bankruptcy Estate for the Trustee to administer;

IT IS ORDERED that Debtors' homestead exemption claimed under Washington State law, RCW 6.13.030 on property located at 1169 Ridgeway Drive, Oak Harbor, Washington ("1169 Ridgeway Drive") is allowed;

IT IS FURTHER ORDERED that the Debtors are allowed an exemption of $125,000 equity in 1169 Ridgeway Drive under Washington State law, RCW 6.13.030;

IT IS FURTHER ORDERED that the Bankruptcy Estate is entitled to any equity above $125,000 in 1169 Ridgeway Drive;

IT IS SO ORDERED.

Prepared by:                                             Approved (✓)   Disapproved ( )

/s/ *Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.                               David K. Neidert, Esq., Counsel
Chapter 7 Trustee                                        For Debtors

# # #

2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_\_    The court waived the requirements of approval under LR 9021 (b)(1).

\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

David K. Neidert, Esq. at AmLegal@gmail.com on April 29TH 2021.

\_\_\_\_\_    No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3