Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 30, 2021

Christopher P. Burke, Esq.
Nevada Bar No.: 004093
attycburke@charter.net
702 Plumas St.
Reno, Nevada 89509
(775)333-9277
Counsel for Chapter 7 Trustee
Christopher P. Burke

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \*

In re:

JASON ANDREW LARSEN
CAMI CHERRIE LARSEN

Debtors.

Case No.: BK-20-50069-BTB
Chapter 7

Hearing Date: 7/22/2021
Hearing Time: 1:30 p.m.

**ORDER DENYING DEBTORS' MOTION TO CONVERT CASE
TO CHAPTER 13 (Dkt. #78)**

THIS MATTER having come before the Court on Debtors' Jason Andrew Larsen and Cami Cherrie Larsen, Motion to Convert Case to Chapter 13 (Dkt. #78), and Christopher P. Burke, Esq. having filed an Opposition, and appearing for Chapter 7 Trustee, Christopher P. Burke, and with David K. Neidert, Esq., appearing for the Debtors, Jason and Cami Larsen, ("Debtors" or "Larsen"), and with no other response or appearance made, and the Court having heard oral argument and having read the pleadings and good cause appearing therefore;

1  IT IS THEREFORE THE ORDER OF THE COURT that Debtors' Motion to
2  Convert Case to Chapter 13 (Dkt. #78) is hereby DENIED;
3
4
   IT IS SO ORDERED.
5
6
7  Prepared by:
8
9  /s/ *Christopher P. Burke, Esq.*
   Christopher P. Burke, Esq.
10 Counsel for Chapter 7 Trustee
11
12
   Approved ( )   Disapproved ( )
13
14 no response
   _____
15 David K. Neidert, Esq., Counsel
   For Debtors
16
17
18
19
20
21
22
23
24
25
26
27
28                                   2

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____    The court waived the requirements of approval under LR 9021 (b)(1).

_____    No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

David K. Neidert, Esq. at AmLegal@gmail.com on July 26TH 2021.

_____    No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3