*Honorable Natalie M. Cox*
*United States Bankruptcy Judge*

Entered on Docket
September 27, 2021

Christopher P. Burke, Esq.
Nevada Bar No.: 004093
attycburke@charter.net
702 Plumas St.
Reno, Nevada 89509
(775)333-9277
Counsel for Chapter 7 Trustee
Christopher P. Burke

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
* * *

In re:

JASON ANDREW LARSEN
CAMI CHERRIE LARSEN

Debtors.

Case No.: BK-20-50069-NMC
Chapter 7

Hearing Date: 9/21/2021
Hearing Time: 2:00 p.m.

**ORDER DENYING DEBTORS' AMENDED MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO CONVERT CASE; OR IN THE ALTERNATIVE, MOTION TO DISMISS CHAPTER 7 CASE**

THIS MATTER having come before the Court on Debtors, Jason Andrew Larsen and Cami Cherrie Larsen's Amended Motion for Reconsideration of Order Denying Motion to Convert Case; Or In the Alternative, Motion to Dismiss Chapter 7 Case [Dkt. 94], and there being an Opposition filed by Christopher P. Burke, Esq., counsel for Chapter 7 Trustee, Christopher Burke, and appearing, and with David K. Neidert, Esq., appearing for the Debtors, Jason and Cami Larsen, ("Debtors" or "Larsen"), and with no other response or appearance made, and the Court having heard oral argument and having read the pleadings and good cause appearing therefore;

1

And based upon the Findings of Fact, Conclusions of Law as placed on the record in accordance with Fed.R.Bankr.P. 7052:

IT IS THEREFORE THE ORDER OF THE COURT that the Amended Motion for Reconsideration of Order Denying Motion to Convert Case; Or In the Alternative, Motion to Dismiss Chapter 7 Case [Dkt. 94], is hereby DENIED;

IT IS FURTHER ORDERED, that the Order Granting Stay of Order Denying Motion to Convert and For Stay of Order Granting Permission to Sell Property placed on Chapter 7 Trustee to not take action in relation to the real property located at 1169 Ridgeway Drive, Oak Harbor, Washington [Dkt. #106] until the September 21, 2021 hearing was held and decided, is lifted and no longer in effect;

IT IS SO ORDERED.

Prepared by:

/s/ *Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.
Counsel for Chapter 7 Trustee


Approved ( )   Disapproved ( )

NO RESPONSE

_____
David K. Neidert, Esq., Counsel
For Debtors

2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____    The court waived the requirements of approval under LR 9021 (b)(1).

_____    No parties appeared or filed written objections, and there is no trustee appointed in this case.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

David K. Neidert, Esq. at AmLegal@gmail.com on September 21, 2021.

_____    No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3